Argued and submitted July 20, affirmed August 29, 1990

Leslie D. MORRIS,
*Appellant,*

*v.*

FRED MEYER, INC.,
*Respondent.*

(88-3560; CA A61997)

795 P2d 1115

Ivan J. Vesely, Portland, argued the cause and filed the brief for appellant.

Deborah L. Sather, Portland, argued the cause for respondent. With her on the brief was Cooney, Moscato & Crew, P.C., Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought this action for damages resulting from a fall at defendant's store. At trial, defendant introduced medical testimony to the effect that plaintiff's symptoms were feigned. On rebuttal, plaintiff sought to introduce testimony of a psychiatrist who had examined him. The trial court excluded the psychiatrist's testimony pursuant to ORCP 44D(2), because plaintiff had failed to respond timely to defendant's request for production of a report "from any psychologist or psychiatrist who has seen or treated Plaintiff." Plaintiff appeals from the judgment for defendant, entered on a jury verdict, and assigns error to the exclusion of the evidence. He presents no reason that comes close to demonstrating that the trial court abused its discretion. *See Barry v. Don Hall Laboratories,* 56 Or App 518, 642 P2d 685 (1982).

Affirmed.